No. 97–1802. CONN ET AL. *v.* GABBERT. C. A. 9th Cir. Certiorari granted limited to the following questions: "1. Does a prosecutor violate an attorney's rights under the Fourteenth Amendment by causing the attorney to be searched at the time his client is testifying before a grand jury? 2. If the answer to the first question is 'yes,' was such a right on the part of the attorney clearly established in March 1994?"

No. 97–8629. RICHARDSON *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following question: "Whether the District Court committed reversible error in failing to instruct the jury that it must agree unanimously on which particular drug violations constituted the 'series of violations' required for conviction for conducting a continuing criminal enterprise in violation of 21 U.S.C. §848?"

No. 97–9361. JONES *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following questions: "1. Whether petitioner was entitled to a jury instruction that the jury's failure to agree on a sentencing recommendation automatically would result in a court-imposed sentence of life imprisonment without possibility of release? 2. Whether there is a reasonable likelihood that the jury instructions led the jury to believe that deadlock on the penalty recommendation would automatically result in a court-imposed sentence less severe than life imprisonment? 3. Whether the Court of Appeals correctly held that the submission of invalid nonstatutory aggravating factors was harmless beyond a reasonable doubt?"